IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | CR. NO.  2:07-cr-107-MHT |
| ) | |
| EDDIE LOVE                                ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

   This case is eligible for a detention order because this case involves:

   | | |
   |---|---|
   | ____ | Crime of violence (18 U.S.C. 3156) |
   | ____ | Maximum sentence of life imprisonment or death |
   | X | 10 + year drug offense |
   | ____ | Felony, with two prior convictions in the above categories |
   | X | Serious risk the defendant will flee |
   | ____ | Serious risk of obstruction of justice |
   | ____ | Felony involving a minor victim |
   | ____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. 921) or any other dangerous weapon |
   | ____ | Failure to register a sex offender (18 U.S.C 2250) |

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

| X | Defendant's appearance as required |
|---|---|
|   | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

| X | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
|---|---|
|   | Previous conviction for "eligible" offense committed while on pretrial bond |
|   | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

|   | At the initial appearance |
|---|---|
| X | After continuance of 3 days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 8th day of May, 2007.

                LEURA G. CANARY
                United States Attorney

                /s/ Verne H. Speirs
                VERNE H. SPEIRS
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: verne.speirs@usdoj.gov