IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07cr107-MHT |
| ) | |
| **EDDIE LOVE** ) | |

## WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, Eddie Love, by and through his undersigned counsel, Jennifer A. Hart, and moves this Court to cancel the Detention Hearing in this case which is presently scheduled to take place on June 18, 2007. As grounds for granting this motion, Defendant would show the following:

1. Eddie Love is currently in federal custody facing charges of drug distribution in the Middle District of Alabama.

2. Undersigned counsel has been advised that the State of Texas has placed a detainer on Mr. Love. Therefore, if released by this Court, he would be transported to Texas to face unrelated state charges.

3. Because it is in Mr. Love's best interest to resolve the federal case prior to addressing the state case, he agrees to waive his right to a detention hearing in this District.

**WHEREFORE** based upon the foregoing, Eddie Love respectfully requests that this Motion be granted at that the Detention Hearing set for June 18, 2007 be cancelled.

Dated this 15th day of June 2007.

       Respectfully submitted,

       s/Jennifer A. Hart
       **JENNIFER A. HART**
       FEDERAL DEFENDERS
       MIDDLE DISTRICT OF ALABAMA
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       jennifer_hart@fd.org
       AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs,
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189