IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:07-CR-107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference presently set for July 17, 2007 be and is hereby **RESET** for **July 16, 2007 at 1:00 p.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of June, 2007.

                                  /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE