IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 11  P 3: 48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

## *EX PARTE* APPLICATION IN FORMA PAUPERIS FOR SUBPOENA DUCES TECUM AND MOTION TO SEAL

Now comes the Defendant, **EDDIE LOVE**, *ex parte* and pursuant to Rule 17 (a), (b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A(e)(1), and respectfully moves the Court for an Order **SEALING** this Motion and the Court's related Order, and for issuance by this Court of an Order permitting the issuance of the following requested Subpoena Duces Tecum. **Defense counsel's office will serve this subpoena.**

Defendant, pursuant to Rule 17(a), (b) and (c) of the Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoena:

1. **Custodian of Records**
   **TALLASSEE POLICE DEPARTMENT**
   **214 Barnett Boulevard**
   **Tallassee, Alabama 36078**

Said witness shall produce the following **INSTANTER** to defendant's counsel:

All incident and/or offense reports, arrest reports, narrative supplements, statements, offense supplements, photographs, dispatch sheets, dispatch tapes, audio, video and/or other written records with regard to the February 3, 2006 arrest of **EDDIE LOVE, B/M, DOB: 5-26-80; SSN: 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.**

In further support hereof, the Defendant shows the following:

1. The Defendant was adjudged indigent under provisions of the Criminal Justice Act of 1964, and the Office of the Federal Defender was appointed to represent him.

2. The above requested information is material to preparing a defense on behalf of Mr. Love.

3. The Defendant also requests that this Application and Order be placed **under seal** until further order of the Court.

4. **Defense counsel's office will serve these subpoenas.**

**WHEREFORE**, Defendant respectfully requests that this Motion be granted and the Court issue an Order requiring service of the Subpoena Duces Tecum upon the aforementioned witnesses.

Dated this 11th day of July 2007.

Respectfully submitted,

*/s/ Jennifer A. Hart*
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

### ORDER

Having considered the foregoing *Ex Parte* Motion for Subpoena Duces Tecum, in connection with the prosecution for trial in the above-styled case,

**IT IS ORDERED** that the requested *Ex Parte* Subpoenas *Duces Tecum* be issued *Instanter* to **TALLASSEE POLICE Department,** for the production of the requested documents, to Defendant's Counsel, by delivery to his office at 201 Monroe Street, Suite 407, Montgomery, AL 36104.

The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshall in the same manner as witnesses subpoenaed by the Government.

**IT IS HEREBY FURTHERED ORDERED** that the Application and Order for Issuance of subpoena be placed **under seal** until further order of this Court.

**SO ORDERED**, this _____ day of July 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**