IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

**ORDER**

Now pending before the court is the defendant's ex parte application for subpoena duces tecum and motion to seal (doc. # 15). During the pretrial conference held on July 16, 2007, counsel for defense informed the court that this motion is now moot. Accordingly, it is

ORDERED that the application for subpoena duces tecum (doc. # 15) be and is hereby DENIED as moot.

Done this 19th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE