IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 24 P 4:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr107-MHT |
| | ) | [ 21 USC 841(a)(1)] |
| EDDIE LOVE | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

On or about February 3, 2006, in Elmore County, within the Middle District of Alabama,

**EDDIE LOVE,**

defendant herein, did knowingly and intentionally possess with intent to distribute 5 grams or more of cocaine base or "crack," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about February 3, 2006, in Elmore County, within the Middle District of Alabama,

**EDDIE LOVE,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine

hydrochloride or "powder cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.  Counts 1 and 2 of this information are hereby repeated and incorporated herein by reference.

B.  Upon conviction for a violation of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1 and 2 of this information, the defendant,

**EDDIE LOVE,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 and 2 of this information.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853,

intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

    All in violation of Title 21, United States Code, Section 841.

*/s/ Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney