IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr107-MHT |
| | ) | |
| **EDDIE LOVE** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **EDDIE LOVE,** by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 27th day of July 2007.

                                                  Respectfully submitted,

                                                  s/Jennifer A. Hart
                                                  **JENNIFER A. HART**
                                                  FEDERAL DEFENDERS
                                                  MIDDLE DISTRICT OF ALABAMA
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, AL 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  jennifer_hart@fd.org
                                                  AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs,
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                    Respectfully submitted,

                    s/Jennifer A. Hart
                    **JENNIFER A. HART**
                    FEDERAL DEFENDERS
                    MIDDLE DISTRICT OF ALABAMA
                    201 Monroe Street, Suite 407
                    Montgomery, AL 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    jennifer_hart@fd.org
                    AL Bar Code: HAR189