AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

EDDIE LOVE

## WAIVER OF INDICTMENT

CASE NUMBER: 2:07CR107-MHT

I, _____EDDIE LOVE_____, the above named defendant, who is accused of

**VIOLATIONS OF TITLE 21 USC 841(a)(1)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7/30/07_____ prosecution by indictment and consent that the pro-
*Date*
ceeding may be by information rather than by indictment.

_Eddie Love_
*Defendant*

_Jennifer A. Hart_
*Counsel for Defendant*

Before _____
*Judicial Officer*