```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation in the information dated July 24, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 21st day of August, 2007.

                                              FOR THE UNITED STATES ATTORNEY
                                              LEURA G. CANARY

                                            /s/John T. Harmon
                                            John T. Harmon
                                            Assistant United States Attorney
                                            Office of the United States Attorney
                                            Middle District of Alabama
                                            131 Clayton Street
                                            Montgomery, Alabama 36104
                                            Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2007.


                                  _____
                                  UNITED STATES DISTRICT JUDGE