IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR107-MHT |
| | ) | |
| EDDIE LOVE | ) | |

O R D E R

     Upon consideration of the Motion for Leave to Dismiss the Indictment filed on October 22, 2007 (doc. no. 32), heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

     DONE this 22nd day of October, 2007.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

     Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on May 9, 2007, in the above styled cause.

                                      Respectfully submitted,

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Verne H. Speirs
                                      VERNE H. SPEIRS
                                      Assistant United States Attorney
                                      One Court Square, Suite 201
                                      Montgomery, Alabama 36104
                                      Telephone: (334) 223-7280
                                      Fax: (334) 223-7135